JOSEPH F. MORIARITY, APPELLANT, v. BOARD OF EDUCA-
TION OF GARFIELD, RESPONDENT.

Submitted February 15, 1946—Decided April 25, 1946.

For the appellant, *Saul R. Alexander* (*Isadore Rabinowitz*, of counsel).

For the respondent, *Edward Lukaesko* (*Walter G. Winne*, of counsel).

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Chief Justice Brogan in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PAR-KER, BODINE, HEHER, COLIE, OLIPHANT, WELLS, RAFFERTY, DILL, FREUND, McGEEHAN, JJ. 12.

*For reversal*—None.